IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KUANGHUA-SOPHIE SIE, *et al.*,

        Plaintiffs,

  v.

JAMES MUNJONE, *et al.*,

        Defendants.

CIVIL ACTION
No. 21-5080

### ORDER

AND NOW, this 28th day of March 2022, it is hereby **ORDERED** that plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum Opinion.

Plaintiffs may file an Amended Complaint within **SIXTY DAYS** of this Order. The Amended Complaint must set forth a cognizable legal claim or it will be dismissed with prejudice. It is strongly recommended that plaintiffs obtain legal counsel before filing an Amended Complaint.

The Court also **DENIES** all pending Motions for Sanctions as sanctions are not appropriate at this time.

                                        **BY THE COURT:**

                                        */s/ Jeffrey L. Schmehl*
                                        **Jeffrey L. Schmehl, J.**